

| | |
|---|---|
| 1 | FARHAN R. NAQVI |
| | Nevada Bar No. 8589 |
| 2 | ELIZABETH E. COLEMAN |
| 3 | Nevada Bar No. 12350 |
| | PAUL G. ALBRIGHT |
| 4 | Nevada Bar No. 14159 |

FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
elizabeth@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAJIV RISHI, individually; CELIA BANKS-RISHI, individually<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants . | Case No.: 2:18-cv-01044-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH AND TO STRIKE THE ALLEGATIONS OF PUNITIVE DAMAGES** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs RAJIV RISHI and CELIA BANKS-RISHI, by and through their attorneys of record, FARHAN R. NAQVI, ELIZABETH E. COLEMAN, and PAUL G. ALBRIGHT of NAQVI INJURY LAW, and Defendant GEICO CASUALTY COMPANY, by and through its attorneys of record, WADE M. HANSARD, JONATHAN W. CARLSON, and RENEE M. MAXFIELD of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the hearing on Defendant's *Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith and to Strike the Allegations of Punitive Damages* currently scheduled for **July 16,**

**2018 at 2:00 p.m.** be continued to **August 8, 2018**, or to another date thereafter that is convenient for the parties and the Court. Good cause exists for the continuance. Of most significance, a conflict impedes Plaintiffs' counsel from appearing at the hearing as currently scheduled and, therefore, a short continuance is necessary. This Stipulation is not being made for purposes of undue delay.

DATED this _9th_ day of July, 2018.                    DATED this _9th_ day of July, 2018.

NAQVI INJURY LAW                                        McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP

_/s/ Paul Albright_____                    _/s/ Jonathan Carlson_____
FARHAN R. NAQVI, ESQ.                                   WADE M. HANSARD, ESQ.
Nevada Bar No. 8589                                     Nevada Bar No. 8104
ELIZABETH E. COLEMAN, ESQ.                              JONATHAN W. CARLSON
Nevada Bar No. 12350                                    Nevada Bar No. 10536
PAUL G. ALBRIGHT                                        RENEE M. MAXFIELD
Nevada Bar No. 14159                                    Nevada Bar No. 12814
9500 W. Flamingo Rd., Suite 104                         8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89147                                     Las Vegas, NV 89113
*Attorneys for Plaintiffs*                              *Attorneys for Defendant*

## ORDER

Good cause appearing, the motions hearing set for 7/16/2018 is vacated and continued to 8/10/2018 at 10:00 a.m.

_____
United States District Court Judge
DATED: 7/11/2018

Respectfully Submitted By:
NAQVI INJURY LAW

_/s/ Paul Albright_____
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*