

| | |
|---|---|
| 1 | FARHAN R. NAQVI |
| | Nevada Bar No. 8589 |
| 2 | ELIZABETH E. COLEMAN |
| | Nevada Bar No. 12350 |
| 3 | PAUL G. ALBRIGHT |
| 4 | Nevada Bar No. 14159 |
| | NAQVI INJURY LAW |
| 5 | 9500 W. Flamingo Road, Suite 104 |
| | Las Vegas, Nevada 89147 |
| 6 | Telephone: (702) 553-1000 |
| 7 | Facsimile: (702) 553-1002 |
| | naqvi@naqvilaw.com |
| 8 | elizabeth@naqvilaw.com |
| | paul@naqvilaw.com |
| 9 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAJIV RISHI, individually; CELIA BANKS-RISHI, individually<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants . | Case No.: 2:18-cv-01044-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH AND TO STRIKE THE ALLEGATIONS OF PUNITIVE DAMAGES** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs RAJIV RISHI and CELIA BANKS-RISHI, by and through their attorneys of record, FARHAN R. NAQVI, ELIZABETH E. COLEMAN, and PAUL G. ALBRIGHT of NAQVI INJURY LAW, and Defendant GEICO CASUALTY COMPANY, by and through its attorneys of record, WADE M. HANSARD, JONATHAN W. CARLSON, and RENEE M. MAXFIELD of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the hearing on Defendant's *Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith and to Strike the Allegations of Punitive Damages* currently scheduled for **August 10,**

**2018 at 10:00 a.m.** be continued to the **afternoon of August 23, 2018**, or to another date thereafter that is convenient for the parties and the Court. This Stipulation is not being made for purposes of undue delay.

DATED this _9th_ day of August, 2018.

NAQVI INJURY LAW

_/s/ *Paul Albright*_ _____
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
ELIZABETH E. COLEMAN, ESQ.
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, NV 89147
*Attorneys for Plaintiffs*

DATED this __ day of August, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

_/s/ *Wade Hansard*_ _____
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
JONATHAN W. CARLSON
Nevada Bar No. 10536
RENEE M. MAXFIELD
Nevada Bar No. 12814
8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89113
*Attorneys for Defendant*

## ORDER

IT IS ORDERED that the motions hearing set for 8/10/2018 is vacated and continued to 8/23/2018 at 3:00 p.m.

_____
United States District Court Judge
DATED: 8/9/2018

Respectfully Submitted By:
NAQVI INJURY LAW

_/s/ *Paul Albright*_ _____
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*